1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2

FILED

2008 FEB 13  A 11: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08 00072 JW |
| --- | --- |
| Plaintiff, | ) VIOLATION: 8 U.S.C. § 1326 - |
| | ) Illegal Re-entry Following Deportation |
| v. | ) |
| LUCIA HUERTA-HERNANDEZ, | ) SAN JOSE VENUE |
| Defendant. | ) |

INFORMATION

The United States Attorney charges:

On or about January 16, 2008, the defendant,

LUCIA HUERTA-HERNANDEZ,

an alien, previously having been arrested and deported from the United States on or about December 14, 2000, July 5, 2001, July 30, 2003 and November 28, 2003, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//

INFORMATION

defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 2/13/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

Approved as to form: _____
SAUSA Benjamin Kennedy

INFORMATION                                    2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
2008 FEB 13

---OFFENSE CHARGED---

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

DEFENDANT - U.S.
▶ LUCIA HUERTA-HERNANDEZ

U.S. DISTRICT COURT NUMBER
CR 08 00072 JW

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

---DEFENDANT---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

---PROCEEDING---

Name of Complainant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

Name and Office of Person Furnishing Information THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BENJAMIN KENNEDY

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: