AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_Northern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

V.

Lucia Huerta-Hernandez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08 00072 JW (RS)

I, Lucia Huerta-Hernandez, the above named defendant, who is accused of

Title 8 U.S.C. 1326 Illegal re-entry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/14/08___ prosecution by indictment and consent that the pro-
_Date_
ceeding may be by information rather than by indictment.

_Lucia Huerta_
Defendant

_[signature]_
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer