UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/25/2008
**Case No.:** CR-08-0072JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Lucia Huerta-Hernandez ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

1. Dispositional Hearing
2. Sentencing Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant was aided by a Spanish Language interpreter for proceedings. The Defendant plea to Count One (1) of the Information. A plea agreement was executed in open court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Court sentenced the Defendant as to Count One (1) of the Information. The Defendant is committed to two (2) months BOP custody; three (3) years supervised release under the standard conditions and the Court imposed special condition; $100 special assessment. The Defendant is remanded to the custody of USM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: